In the Matter of the CARE AND TREATMENT OF Jessie MOYERS, a/k/a Jessie F. Moyers, a/k/a Jessie Frank Moyers, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 65428.

Missouri Court of Appeals,
Western District.

July 25, 2006.

Emmett D. Queener, State Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl Ayn Caponegro Nield, Office of Attorney General, Jefferson City, for Respondent.

Before RONALD R. HOLLIGER,
Presiding Judge, HAROLD L.
LOWENSTEIN, Judge, and ROBERT G.
ULRICH, Judge.

### ORDER

Jessie Moyers appeals from a judgment committing him to the Department of Mental Health as a sexually violent predator. We have reviewed the briefs of the parties and the record on appeal and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons

for this order. Judgment affirmed pursuant to Rule 84.16(b).

The judgment is affirmed. Rule 84.16(b).